# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**GEOFFREY KEITH DAVIDIAN,**
        **Plaintiff,**

v.                                            Case No. 14-C-0397

**CITY OF MILWAUKEE, et al.,**
        **Defendants.**

## ORDER

On August 1, 2014, I advised the plaintiff that unless he responded to the defendants' Rule 12 motions by August 25, 2014, I would grant the motions and dismiss this case. On August 25, 2014, the plaintiff filed a motion to amend his complaint. The amended complaint deletes certain defendants but continues to assert claims against the City of Milwaukee and Joseph Anderer. No defendant opposes the motion to amend. Therefore, I will grant the motion. Because the amended complaint supercedes the original complaint, I will deny the defendants' pending Rule 12 motions without prejudice on the ground that they are moot. However, because the plaintiff has dropped his claims against defendants Flynn, Chavez and Moczynski, those defendants will be dismissed.

Accordingly, **IT IS ORDERED** that plaintiff's motion to amend his complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendants' Rule 12 motions (ECF Nos. 7, 10 and 13) are **DENIED** as **MOOT**.

**FINALLY, IT IS ORDERED** that defendants Flynn, Chavez and Moczynski are dismissed from this case.

Dated at Milwaukee, Wisconsin, this 25th day of September, 2014.

s/ Lynn Adelman

LYNN ADELMAN
District Judge